1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   JOHN PAUL REICHMUTH
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:   (510) 637-3500
   Facsimile:   (510) 637-3507
6  Email:      Lisa_Ma@fd.org

7

8  Counsel for Defendant Cervantes

9

10        IN THE UNITED STATES DISTRICT COURT

11       FOR THE NORTHERN DISTRICT OF CALIFORNIA

12              OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,            **Case No.:** CR 21–328 YGR

15             Plaintiff,                **DEFENSE AUDIO AND VISUAL
                                         EXHIBITS PLAYED DURING TRIAL**
16         v.
                                         **Court:**         Courtroom 1, 4th  Floor
17  DAVID CERVANTES, JAMEZ PEREZ,
   GEORGE FRANCO, and GUILLERMO
18  SOLORIO,

19             Defendants.

20

21

22        On behalf of all defense counsel, the undersigned submits to the Court all of the electronic

23  audio and visual evidence played for the jury during the trial of this matter by defense counsel, so it

    will be available for the record and for the jury to review in the courtroom per the Court's ruling

24  denying that extrinsic audiovisual evidence of impeachment will not go back to the jury room.  All

25  defendants preserve their objections and request that this evidence go back to the jury room with the

26  other evidence in the case.

27        Attached as Exhibit A is a spreadsheet of the exhibits by Defense Exhibit Number.  Attached as

28  Exhibit B and filed manually to the Court is a USB drive containing all of those exhibits in electronic

DEFENSE AUDIO AND VISUAL EXHIBITS
*CERVANTES*, CR 21–328 YGR

1    form.  The audio and visual files have been shared with government counsel by shared drive.

2         The USB (Ex. B hereto) is labeled "Defense Exhibits Audio/Video Clips played in court."  The

3    Exhibit Numbers are 718-1, 743-2, 743-3, 744-1, 747-1, 748-1, 751-1, 751-2, 626-1, 626-3, 630-3,

4    772-7, 663B-1, 781, 670A-1, 681-1, 683C-3, 683C-4, 684B-1, 692A-2, 683C-9, and 683C-10.

5

6

7    Dated:      September 12, 2024              Respectfully submitted,

8                                               JODI LINKER
                                               Federal Public Defender
9                                               Northern District of California

10

11                                              John Paul Reichmuth
                                               JOHN PAUL REICHMUTH
12                                              Assistant Federal Public Defenders

13                                              Counsel for Defendant Cervantes

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A:  Spreadsheet of Defense Exhibits Played During Trial

UNITED STATES v. DAVID CERVANTES, JAMES PEREZ, GUILLERMO SOLORIO, GEORGE FRANCO
CASE NO. 21-CR-328-YGR

## AUDIO VIDEO CLIPS-PLAYED IN COURT

| DEFENSE EXHIBIT NO. | BATES NUMBER | WITNESS | DATE PLAYED | DESCRIPTION |
|---|---|---|---|---|
| 718-1 | CS_DM_000128 | Donald Moran | 6/26/2024 | Clip 1 7:00 - 7:08, Pg. 9, Lines 2 to 9 |
| 743-2 | CS_DM_000126 | Donald Moran | 6/27/2024 | Clip 2 - 1:28:10 - 1:28:27, Pg. 85, Lines 16 to 18 |
| 743-3 | CS_DM_000126 | Donald Moran | 6/27/2024 | Clip 3 - 1:29:55 - 1:3015 Pg. 87, Lines 23 to Pg. 88, Line 2 |
| 744-1 | CS_DM_000128 | Donald Moran | 6/27/2024 | Clip 1 - 13:42 - 14:37, Pg. 18, Lines 5 to 24 |
| 747-1 | CS_DM_000127 | Donald Moran | 6/27/2024 | Clip 1 - 5:45 - 6:03, Pg. 5 Lines 16 to 23 |
| 748-1 | CS_DM_000124 | Donald Moran | 6/27/2024 | Clip 1 - 20:45 - 20:50, Pg. 15, Lines 9 to 10 |
| 748-2 | CS_DM_000124 | Donald Moran | 6/27/2024 | Clip 2 - 20:59 - 21:22, Pg. 15, Lines 16 to 22 |
| 751-1 | CS_DM_000134 | Donald Moran | 6/27/2024 | Clip 1 - 4:00 - 4:33, Pg. 3, Line 22 to Pg. 4, Line 5 |
| 751-2 | CS_DM_000134 | Donald Moran | 6/27/2024 | Clip 2 - 1:52 - 3:24, Pg. 2, Line 18 to Pg. 3, Line 13 |
| 626-1 | CS_JC_000113 | Joshua Cortez | 7/15/2024 | Clip 1 - 1:52 - 3:16, Pg. 3, Line 5 to Pg. 4, Line 6 |
| 626-3 | CS_JC_000113 | Joshua Cortez | 7/15/2024 | Clip 3 - 4:43 - 5:20, Pg. 5, Line 18 to Pg. 6, Line 1 |
| 630-3 | CS_JC_000117 | Joshua Cortez | 7/15/2024 | Clip 3 - 42:42 - 43:02, Pg. 42, Lines 21 to 25 |
| 772-7 | | Joshua Cortez | 7/17/2024 | Clip 7 - 13:19 - 13:49, Pg. 5, Lines 19 to 27 |
| 663B-1 | CS_JS_000329 | Joshua Soto | 7/31/2024 | Clip 1 - 4:46 - 5:57, Pg. 4, Lines 4 to 17 |
| 781 | CS_JS_001272 | Joshua Soto | 7/31/2024 | 9/16/2021 Joshua Soto Jail Call (Clip) |
| 670A-1 | CS_DJ_000133 | Duane Jefferson | 8/5/2024 | Clip 1 - 1:29:50 - 1:30:12, Pg. 88, Line 19 to Pg. 89, Line 3 |
| 681-1 | CS_DJ_000268 | Duane Jefferson | 8/5/2024 | Clip 1 - 15:58 - 16:31, Pg. 1, Lines 5 to 23 |
| 683C-3 | CS_MR_000451 | Matt Rocha | 8/12/2024 | Clip 3 - 22:08 - 22:25, Pg. 29, Lines 7 to 14 |
| 683C-4 | CS_MR_000451 | Matt Rocha | 8/12/2024 | Clip 4 - 22:24 - 22:38, Pg. 29, Lines 14 to 22 |
| 684B-1 | CS_MR_000453 | Matt Rocha | 8/12/2024 | Clip 1 - 42:51 - 43:28, Pg. 46, Lines 1 to 15 |
| 692A-2 | CS_MR_000663 | Matt Rocha | 8/13/2024 | Clip 2 - 57:43 - 58:06, Pg. 44, Lines 15 to 20 |
| 683C-9 | CS_MR_000451 | Andrew Jimenez | 9/4/2024 | **Clip 9 - 23:33 - 23:52, Pg. 31, Lines 1 to 8** |
| 683C-10 | CS_MR_000451 | Andrew Jimenez | 9/4/2024 | **Clip 10 - 25:11 - 25:30, Pg. 33, Lines 9 to 16** |

Exhibit B:  USB Drive of Defense Exhibits Played During Trial
(Served on Government By Shared Drive)

1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   JOHN PAUL REICHMUTH
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:   (510) 637-3500
   Facsimile:   (510) 637-3507
6  Email:        John_Reichmuth@fd.org
7
8  Counsel for Defendant Cervantes
9
10              IN THE UNITED STATES DISTRICT COURT
11            FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                        OAKLAND DIVISION

13 | UNITED STATES OF AMERICA, | **Case No.:** CR 21–328 YGR |
14 | Plaintiff, | **EXHIBIT B TO DEFENSE AUDIO AND VISUAL EXHIBITS PLAYED DURING TRIAL** |
15 | v. | |
16 | DAVID CERVANTES, JAMES PEREZ, GEORGE FRANCO, and GUILLERMO SOLORIO, | |
17 | | |
18 | Defendants. | |
19
20
21                    **MANUAL FILING NOTIFICATION**
22  Regarding Exhibit B to Defense Audio and Visual Exhibits Played During Trial:
23       This filing is in paper or physical form only, and is being maintained in the case file in
24  the Clerk's office.
25       If you are a participant on this case, this filing will be served in hard-copy shortly.
26       For information on retrieving this filing directly from the court, please see the court's
27  main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
28

EXHIBIT B TO DEFENSE AUDIO AND VISUAL EXHIBITS PLAYED DURING TRIAL: NOTICE OF MANUAL FILING
*CERVANTES,* CR 21–328 YGR

1

2    This filing was not efiled for the following reasons:

3

4    _____ Voluminous Document (PDF file size larger than efiling system allowances)

5    _____ Unable to Scan Documents

6    __X__ Physical Object (description): _____One (1) USB drive_____

7    _____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

8    _____ Item Under Seal

9    _____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

10   _____ Other (description):

11

12

13   Dated:        September 12, 2024                  Respectfully submitted,

14
                                                       JODI LINKER
15                                                     Federal Public Defender
                                                       Northern District of California
16

17                                                            /S/
                                                       _____
18                                                     JOHN PAUL REICHMUTH
                                                       Assistant Federal Public Defender
19

20

21

22

23

24

25

26

27

28