# EXHIBIT 9

| | | |
|---|---|---|
| 1 ☐ CRIME REPORT SUPPLEMENT  2 ☐ INCIDENT REPORT SUPPLEMENT  3 ☐ MOTOR VEHICLE REPORT SUPPLEMENT  4 ☐ MEMORANDUM  5 ☐ OTHER: | POLICE — SACRAMENTO POLICE DEPARTMENT  SUPPLEMENTARY INVESTIGATION REPORT | REPORT NUMBER  88-37072 |

| CRIME CODE SECTION OR TYPE OF INCIDENT | SOURCE |
|---|---|
| 187 | PC |

**VICTIM OR COMPLAINANT**

| LAST NAME, FIRST, MIDDLE (FIRM NAME IF CRIME AGAINST BUSINESS) | RESIDENCE PHONE | BUSINESS PHONE |
|---|---|---|
| ARMSTRONG, Renee | | |

| ADDRESS WHERE INCIDENT OCCURRED | DATE INCIDENT REPORTED |
|---|---|
| | |

**NARRATIVE SECTION**

1340 06-14-88. R/O received a telephone call from Det. Ernie Daniels of the Sacramento Police Department Narcotic section who advised that he had heard R/O was looking for a subject named "TY" who may have been with the victim a short time before her death. R/O told Daniels that was correct.

Daniels said the subject was named Tyrone WILLIS but he could not have committed the murder because he has been in custody in the Sacramento County Jail since 06-08-88 for robbery.

Daniels said Armstrong was associating with a male white named "DALE" last name unknown. Daniels said this subject is in his fifties and fat and drives a tan in color FORD "Escort."

Daniels said Armstrong probably pulled some "tricks" for this subject and he is suppose to be a drug dealer but they have not been able to fully identify him as yet. Daniels could not offer anything further about the subject at this time but stated he would re-contact R/O when further was developed.

| REPORTING OFFICER | BADGE | DIV | DATE | APPROVED BY | | | |
|---|---|---|---|---|---|---|---|
| R. H. REESE | 0275 | 31 | 6-14-88 | [signature] | | | |
| ASSISTING OFFICER | BADGE | DIV | TIME | BADGE | DATE | | TIME |
| | | | 1400 | 3015 | | | |

SPD 105A (REV 3-77)                                               SUPPLEMENTARY INVESTIGATION REPORT   PAGE ____ OF ____

| 1 ☒ CRIME REPORT SUPPLEMENT | 4 ☐ MEMORANDUM | POLICE | SACRAMENTO POLICE DEPARTMENT | REPORT NUMBER |
|---|---|---|---|---|
| 2 ☐ INCIDENT REPORT SUPPLEMENT | 5 ☐ OTHER: | | SUPPLEMENTARY INVESTIGATION REPORT | 88-37072 |
| 3 ☐ MOTOR VEHICLE REPORT SUPPLEMENT | | | | |

**ORIGINAL**

| CRIME CODE SECTION OR TYPE OF INCIDENT | SOURCE |
|---|---|
| 187 | PC |

VICTIM OR COMPLAINANT

| LAST NAME, FIRST, MIDDLE (FIRM NAME IF CRIME AGAINST BUSINESS) | RESIDENCE PHONE | BUSINESS PHONE |
|---|---|---|
| ARMSTRONG, Renee | | |
| ADDRESS WHERE INCIDENT OCCURRED | | DATE INCIDENT REPORTED |

NARRATIVE SECTION

NO RECORDS ON

STATEMENT OF:          WILLIS, Tyron Lavell/AKA-TY
                       MB/DOB ▮▮▮▮
                       Home: ▮▮▮▮ Loch Lomond
                       Carmichael Ca
                       Phone: ▮▮▮-2214

1448 hours  6-21-88  Detective Olamit contacted Tyron Willis in the Sacramento County main jail.  Willis related the following:

He has been acquainted with Renee Armstrong for about a month. He has been working with the Police Department's Narcotic Unit. Armstrong was not aware that he was working with the Police. Armstrong was trying to set up a deal for him with a guy named Dale. He read about Armstrong being found dead in the newspaper while he was in jail.

Detective Olamit asked Willis if he recalled the incident where he was with Armstrong in a car and Armstrong, upon seeing her sister, flagged her down.  Willis related the following:

On 6-4-88 at approximately 1230 hours he went to pick up Armstrong at her mother's house on Fell Street, to confirm the deal that was to be made with Dale. His roommate Jeff Inman was with him and they were in a rental car, a white 1988 Chrysler LaBaron, 4-door, that had a burgandy interior. They picked up Armstrong and went to Armstrong's gentleman friend's home near the 49er Drive-in Movie. The gentleman friend is one of Armstrong's tricks, whom she used to live with. Armstrong got two dollars and some cookies and some gum from the gentleman friend. They left the gentleman friend's home to get some lunch and on the way they passed Armstrong's sister Brenda. Armstrong stopped Brenda. Armstrong asked Brenda for a joint. Brenda had a heavyset gentleman friend in her car. He (Willis), Armstrong and Inman then went to the Taco Bell on Rio Linda and El Camino near the Safeway Store, where they bought lunch. They then went to Hagginwood Park and ate the lunch. They then took Armstrong home. He and Inman then went home. The narcotics officer met him (Willis) at his (Willis) home at 1430 hours. He and the officer went to Armstrong's house at 1500 hours, where they waited until 1700 hours.

(CONTINUED)

| REPORTING OFFICER | BADGE | DIV | DATE | APPROVED BY | | |
|---|---|---|---|---|---|---|
| Det. Olamit | 0256 | 31 | 6-28-88 | | | |
| ASSISTING OFFICER | BADGE | DIV | TIME | BADGE 3015 | DATE | TIME |
| | | | 1428 | | | |

SPD 105A (REV 3-77)      Trans by D.Glynn 6-29-88      SUPPLEMENTARY INVESTIGATION REPORT  PAGE 1 OF 3

| 1 [X] CRIME REPORT SUPPLEMENT    4 [ ] ...ANDUM | POLICE | ORIGINAL SACRAMENTO POLICE DEPARTMENT | REPORT NUMBER |
|---|---|---|---|
| 2 [ ] INCIDENT REPORT SUPPLEMENT  5 [ ] OTHER: | | SUPPLEMENTARY INVESTIGATION REPORT | 88-37072 |
| 3 [ ] MOTOR VEHICLE REPORT SUPPLEMENT | | | |

| CRIME CODE SECTION OR TYPE OF INCIDENT | SOURCE |
|---|---|
| 187 | PC |

VICTIM OR COMPLAINANT

| LAST NAME, FIRST, MIDDLE (FIRM NAME IF CRIME AGAINST BUSINESS) | RESIDENCE PHONE | BUSINESS PHONE |
|---|---|---|
| ARMSTRONG, Renee | | |

| ADDRESS WHERE INCIDENT OCCURRED | DATE INCIDENT REPORTED |
|---|---|
| | |

NARRATIVE SECTION

CONTINUED
STATEMENT - WILLIS, Tyron
PAGE 2



Armstrong told them to come back at 6:00 p.m. (1800 hours) and that the deal was to go down then. He and the officer left, and then returned at 1800 hours. Armstrong told them that Dale was scared and had called the deal off. Armstrong told them to wait a few days and that the guy wanted to see some ID. He left Armstrong's house and went home. He was upset with Armstrong and he let her know that he was upset. Armstrong called him at home. He appologized to her. Armstrong asked him to pick her up so that she could get some product, some cocaine. He picked up Armstrong at her mother's house at 2030 hours. The gentleman friend who lives by the 49er Drive-in Movie was also there. He (Willis) took Armstrong to a duplex near May and Grand streets where Armstrong could get some drugs. Armstrong went into the duplex. He waited outside in the car. It was raining. Armstrong did not return to the car. He drove off and that was the last time he saw Armstrong. He returned home. He spoke with Armstrong on the telephone on 6-7-88, about the deal with Dale, and that was the last contact he had with Armstrong. He was arrested two days later and has been in jail ever since. He has never met Dale. Armstrong told him that Dale was a heavy dealer. He saw Dale one time when Dale was in a car. Dale is a MW, approximately in his mid 40's to late 50's, weighs 260 to 280 lbs., and has short gray hair and is balding on top. Dale is clean shaven and wears silver or chrome color framed bifocal eye glasses. Dale wears a sports driver type cap. Dale was in a chocolate brown/beige colored Ford Escort, 4-door. One of Armstrong's sister may have Dale's telephone number because on 6-4-88 Armstrong had the sister call the number about every five minutes. The sister has dark skin and is real slender.

Armstrong told him that she ripped off some cocaine from a guy called "Continental Red". This happened about two months before he met Armstrong. "Continental Red" is a MB/late 20's to early 30's, approximately 6'6", 175 lbs., slender build, with long red curled hair. "Continental Red" hangs out on May

(CONTINUED)

| REPORTING OFFICER | BADGE | DIV | DATE | APPROVED BY | | | |
|---|---|---|---|---|---|---|---|
| Det. Olamit | 0256 | 31 | 6-28-88 | | | | |
| ASSISTING OFFICER | BADGE | DIV | TIME | BADGE | DATE | | TIME |
| | | | 1428 | 3015 | | | |

SPD 105A (REV 3-77)        Trans by D.Glynn 6-29-88        SUPPLEMENTARY INVESTIGATION REPORT    PAGE 2 OF 3

| 1 [X] CRIME REPORT SUPPLEMENT   4 [ ] MEMORANDUM |  | SACRAMENTO POLICE DEPARTMENT | REPORT NUMBER |
| 2 [ ] INCIDENT REPORT SUPPLEMENT   5 [ ] OTHER: | ORIGINAL | SUPPLEMENTARY INVESTIGATION REPORT | 88-37072 |

CRIME CODE SECTION OR TYPE OF INCIDENT: 187 PC  SOURCE:

VICTIM OR COMPLAINANT

LAST NAME, FIRST, MIDDLE: ARMSTRONG, Renee
RESIDENCE PHONE:
BUSINESS PHONE:
ADDRESS WHERE INCIDENT OCCURRED:
DATE INCIDENT REPORTED:

NARRATIVE SECTION

CONTINUED
STATEMENT - WILLIS, Tyron
PAGE 3

Street. "Continental Red's" car, a white Continental, was stolen. Armstrong told him about a girl who she used to have misunderstandings with, mostly in regards to dates with men. The girl is Deborah. He does not know Deborah's last name. Deborah is a female black, Italian Portuguese, approximately 27 years old, 5'5" to 5'6", measurments are about 36-28-34. Deborah has light brown skin, curly red hair, is missing an upper tooth. Deborah has a scar between her right temple area and the right side of her jaw. Deborah lives near Nogales and Belden.

Armstrong told him that she (Armstrong) worked 14th and H Street and took her tricks to Discovery Park at times and she also took her tricks to a Del Paso hotel.

Armstrong always carried a kitchen knife or steak knife in her purse. The knife had a chrome, 6-7 inch blade with a dark brown wooden handle.

On 6-4-88 Armstrong was also carrying a blue steel 22 automatic handgun.

Jeffery Inman in a MW/29 years old, about 5'9", brown redish hair, light brown moustache. Inman wears plastic rim prescription eye glasses. Inman was arrested with him on 6-9-88.

REPORTING OFFICER: Det. Olamit   BADGE: 0256   DIV: 31   DATE: 6-28-88   APPROVED BY:
ASSISTING OFFICER:   TIME: 1428   BADGE: 3015
SPD 105A (REV 3-77)
Trans by D.Glynn 6-29-88
SUPPLEMENTARY INVESTIGATION REPORT   PAGE 3 OF 3

| | | |
|---|---|---|
| 1 ☐ CRIME REPORT SUPPLEMENT  2 ☐ INCIDENT REPORT SUPPLEMENT  3 ☐ MOTOR VEHICLE REPORT SUPPLEMENT | 4 ☐ MEMORANDUM  5 ☐ OTHER: | POLICE |

**SACRAMENTO POLICE DEPARTMENT**
**SUPPLEMENTARY INVESTIGATION REPORT**

ORIGINAL

REPORT NUMBER: 88-37072

CRIME CODE SECTION OR TYPE OF INCIDENT: 187    SOURCE: PC

VICTIM OR COMPLAINANT

LAST NAME, FIRST, MIDDLE (FIRM NAME IF CRIME AGAINST BUSINESS): ARMSTRONG, Renee

RESIDENCE PHONE:    BUSINESS PHONE:

ADDRESS WHERE INCIDENT OCCURRED:    DATE INCIDENT REPORTED:

**NARRATIVE SECTION**

☒ RECORDS ONLY

STATEMENT OF:   CHAVEZ, Frank B. Jr.
                MM, 40
                DOB:
                add:        Palmdale Drive, Modesto, CA 95355
                ph:              7957
                bus. add:  Santa Clara Valley Medical Center
                           751 South Bascom Avenue
                           San Jose, CA
                bus. ph:   408-299-6884
                CDL

1455 hours, 6-23-88. Detective Olamit met with Mr. Frank Chavez in the lobby of the Detective Division. Mr. Chavez related that he has known Renee Armstrong since she was a teenager. Detective Olamit showed Mr. Chavez an SPD color mug photo of Renee Armstrong, SPD #S-86685, date of photo: 3-25-88 and Mr. Chavez identified the photo as being of Renee Armstrong who was his friend. Mr. Chavez related the following.

He worked as a health aid for the Sacramento County Health Department and in the mid 1970's Armstrong became a client of his. He and Armstrong were friends and at times he had an intimate relationship with Armstrong. Last night he called Armstrong's home. He talked to Armstrong's mother, Ollie who told him that Armstrong had been killed. Armstrong's mother wanted him to come over tomorrow (6-23-88) to talk. He has known Armstrong's mother and family since Armstrong was a teenager. He went over to Armstrong's mother's house on Fell Street this morning. Members of Armstrong's family and friends of the family were present. The family members were concerned that the people who normally called Armstrong had not been calling since she had been killed.

A family member said that Armstrong's current or most recent boyfriend was Robin Danielle Carbine or Carbino who is about Armstrong's age and who was at Armstrong's house waiting from Armstrong on the day that Armstrong was killed. Robin knew that Armstrong was involved in a drug deal involving $2,800 and that Armstrong was suppose to be carrying the money. Sometime before Armstrong was killed, Armstrong had made an attempt to make a deal for crack cocaine and the deal fell through. Armstrong kept the money and evidentally a lot of people found out that Armstrong had the money.

(CONTINUED)

| REPORTING OFFICER | BADGE | DIV | DATE | APPROVED BY | | |
|---|---|---|---|---|---|---|
| Det. Olamit | 256 | 31 | 6-29-88 | | | |
| ASSISTING OFFICER | BADGE | DIV | TIME | BADGE | DATE | TIME |
| | | | 1338 | 3915 | | |

SPD 105A (REV 3-77)

Trans. by R. Rueb    7-1-88

SUPPLEMENTARY INVESTIGATION REPORT    PAGE 1 OF 3

| | | |
|---|---|---|
| 1 ☐ CRIME REPORT SUPPLEMENT  4 ☐ MEMORANDUM<br>2 ☒ INCIDENT REPORT SUPPLEMENT  5 ☐ OTHER:<br>3 ☐ MOTOR VEHICLE REPORT SUPPLEMENT | POLICE — SACRAMENTO POLICE DEPARTMENT<br>SUPPLEMENTARY INVESTIGATION REPORT | REPORT NUMBER<br>88-37072 |

ORIGINAL

CRIME CODE SECTION OR TYPE OF INCIDENT: 187 PC  SOURCE

**VICTIM OR COMPLAINANT**
LAST NAME, FIRST, MIDDLE (FIRM NAME IF CRIME AGAINST BUSINESS): ARMSTRONG, Renee
ADDRESS WHERE INCIDENT OCCURRED:
RESIDENCE PHONE:
BUSINESS PHONE:
DATE INCIDENT REPORTED:

**NARRATIVE SECTION**



CONTINUED
STATEMENT OF:  CHAVEZ, Frank B. Jr.
PAGE #2

During the days before Armstrong was killed, a family member saw Armstrong with a male Black and a male White in a beige or cream colored Sedan and in a blue Blazer type vehicle. The male White might be Dale or Chuck or possibly Charlie.

Also in the days prior to Armstrong's death, Armstrong was seen with a drug dealer known as J.P. in the 3700 block of Branch where there is an apartment building and some trailers. J.P. is a male Black adult.

Also in the days prior to Armstrong's death, Armstrong was seen with a male Black named Tyrone who was prone to violence. Tyrone pulled out a pistol when he was angered.

He was told that Dale lives off Rio Linda Boulevard by the Hamburger Stand and that Dale is real kinky.

He was told that the friends of Armstrong who had called a lot prior to her death but who have not called since her death are as follows:

1: Roy, male White adult, 50's to 60's, heavyset with salt and pepper hair. Roy owns a shop on El Camino Avenue. Roy's phone number is 927-4444.

2: Ernie, male White, late 20's to early 30's.

3: Bill, male White, late 20's to early 30's.

4: Bob, male White, late 20's to early 30's, blond hair. Bob's telephone number is 921-2080.

5: Duane, male White, late 20's to early 30's, blond hair. Duane's telephone number is 929-1489. Duane has a possible address of 2800 Del Paso Boulevard.

6: Charlie, last name starts with the letter M. Charlie's telephone number is 646-0220.

(CONTINUED)

| REPORTING OFFICER<br>Det. Olamit | BADGE<br>256 | DIV<br>31 | DATE<br>6-29-88 | APPROVED BY | | |
|---|---|---|---|---|---|---|
| ASSISTING OFFICER | BADGE | DIV | TIME<br>1338 | BADGE<br>3015 | DATE | TIME |

SPD 105A (REV 3-77)
Trans. by R. Rueb  7-1-88
SUPPLEMENTARY INVESTIGATION REPORT  PAGE 2 OF 3

| 1 ☐ CRIME REPORT SUPPLEMENT | 4 ☐ MEMORANDUM | POLICE | ORIGINAL SACRAMENTO POLICE DEPARTMENT | REPORT NUMBER |
|---|---|---|---|---|
| 2 ☐ INCIDENT REPORT SUPPLEMENT | 5 ☐ OTHER: | | SUPPLEMENTARY INVESTIGATION REPORT | 88-37072 |
| 3 ☐ MOTOR VEHICLE REPORT SUPPLEMENT | | | | |

| CRIME CODE SECTION OR TYPE OF INCIDENT | SOURCE |
|---|---|
| 187 | PC |

VICTIM OR COMPLAINANT

| LAST NAME, FIRST, MIDDLE (FIRM NAME IF CRIME AGAINST BUSINESS) | RESIDENCE PHONE | BUSINESS PHONE |
|---|---|---|
| ARMSTRONG, Renee | | |
| ADDRESS WHERE INCIDENT OCCURRED | DATE INCIDENT REPORTED | |

NARRATIVE SECTION

☒ RECORDS ONLY

CONTINUED
STATEMENT OF:          CHAVEZ, Frank B. Jr.
PAGE #3

He was told that the word is that it was a contract; that Armstrong was killed by a male White who was paid by a male Black. The male Black is supposedly Tyrone and the male White is supposedly Dale or Chuck.

Armstrong's mother feels that J.P. may have information about Armstrong's death but that the family does not want to go and see him. Armstrong's mother said that she heard from friends that Armstrong's clothes were found in the South Sacramento area. Armstrong's mother is concerned because one of Armstrong's clients lives fairly close to the area where the clothes were found. Armstrong's mother did not mention the name of the client.

| REPORTING OFFICER | BADGE | DIV | DATE | APPROVED BY | | |
|---|---|---|---|---|---|---|
| Det. Olamit | 256 | 31 | 6-29-88 | | | |
| ASSISTING OFFICER | BADGE | DIV | TIME | BADGE | DATE | TIME |
| | | | 1338 | 3o/5 | | |

SPD 105A (REV 3-77)

Trans. by R. Rueb    7-1-88

SUPPLEMENTARY INVESTIGATION REPORT    PAGE 3 OF 3

| 1 ☐ CRIME REPORT SUPPLEMENT  4 ☐ MEMORANDUM | POLICE | SACRAMENTO POLICE DEPARTMENT | REPORT NUMBER |
| 2 ☐ INCIDENT REPORT SUPPLEMENT  5 ☐ OTHER: | | SUPPLEMENTARY INVESTIGATION REPORT | 88-37072 |
| 3 ☐ MOTOR VEHICLE REPORT SUPPLEMENT | | ☒ RECORDS ONLY | |

**ORIGINAL**

| CRIME CODE SECTION OR TYPE OF INCIDENT | SOURCE |
|---|---|
| 187 | PC |

VICTIM OR COMPLAINANT

| LAST NAME, FIRST, MIDDLE (FIRM NAME IF CRIME AGAINST BUSINESS) | RESIDENCE PHONE | BUSINESS PHONE |
|---|---|---|
| ARMSTRONG, Renee | | |
| ADDRESS WHERE INCIDENT OCCURRED | | DATE INCIDENT REPORTED |

NARRATIVE SECTION

STATEMENT OF:        MAYMUNI, David M.
                     MWA, 23
                     DOB: ▉▉▉▉
                     add: ▉▉▉▉ Clipper Way
                     ph: ▉▉▉-9994

1447 hours, 8-16-88. Reporting Officer contacted Maymuni in the Interview Room #5 of the Homicide/Assaults Section. The following is a synopsis of a video and audio recorded interview with the witness. Maymuni had been brought to the Detective Division by Deputy District Attorney Lewkowitz. Lewkowitz had advised R/O via telephone just before this interview that he felt Maymuni had some critical information on this 187 and that officers should talk to him promptly.

R/O advised Maymuni that a prior interview with him on 6-22-88 had possibly been lacking some of the details and that Maymuni should not hesitate to give a detail-by-detail statement as to what knowledge he had in regards to this case.

Maymuni states that on the evening of June 10th, John, the suspect in this case who is known to Officers as John Muzquiz, had been at 2433 Beaumont Street at a house. John was also with a male Hispanic subject known as Richard who was driving a car described as a 69 Impala. A third subject who doesn't speak English very well is known only by the nickname of "Memo".

John had asked David to watch his Pit Bull around 6:00 to 7:00 p.m. that evening. John had assured David that he would be home by 10:00 p.m. David explained that he was at that time staying with his girlfriend Joanne, sister of John. David explained that he recalls this date because June 11th was his mom's birthday and that is how he recalls this being that evening. He states that they had a party celebration planned for that day, the 11th. David states that at approximately 0300 to 0330 on the 11th, that John came back in with Richard and Memo. David states he remembers this because he had glanced at a clock when they walked in. He states the subjects appeared to be frantic and excited and they all seemed to have blood on them. John stated that they had just killed a Black lady in her late 20's. John stated they picked up this Black lady at the Cabana Club.

(CONTINUED)

| REPORTING OFFICER | BADGE | DIV | DATE | APPROVED BY | | |
|---|---|---|---|---|---|---|
| Sgt. Jorgensen | 3015 | 31 | 8-17-88 | | | |
| ASSISTING OFFICER | BADGE | DIV | TIME | BADGE | DATE | TIME |
| | | | 1057 | | | |

SPD 105A (REV 3-77)

Trans. by R. Rueb          8-17-88          SUPPLEMENTARY INVESTIGATION REPORT   PAGE 1 OF 4

| 1 ☐ CRIME REPORT SUPPLEMENT   4 ☐ MEMORANDUM | POLICE | SACRAMENTO POLICE DEPARTMENT | REPORT NUMBER |
|---|---|---|---|
| 2 ☐ INCIDENT REPORT SUPPLEMENT  5 ☐ OTHER: | | SUPPLEMENTARY INVESTIGATION REPORT | 88-37072 |
| 3 ☐ MOTOR VEHICLE REPORT SUPPLEMENT | | | ☒ RECORDS ONLY |

| CRIME CODE SECTION OR TYPE OF INCIDENT | SOURCE |
|---|---|
| 187 | PC |

VICTIM OR COMPLAINANT

| LAST NAME, FIRST, MIDDLE (FIRM NAME IF CRIME AGAINST BUSINESS) | RESIDENCE PHONE | BUSINESS PHONE |
|---|---|---|
| ARMSTRONG, Renee | | |

| ADDRESS WHERE INCIDENT OCCURRED | DATE INCIDENT REPORTED |
|---|---|
| | |

NARRATIVE SECTION

CONTINUED
STATEMENT OF:                              MAYMUNI, David M.
PAGE #2

David then gave details received from the subjects as they discussed the incident that had occurred. The following is a synopsis of what David understood to have occurred.

Rick was driving a car and this Black lady wanted a ride. She was walking and needed to get to Del Paso Heights to some apartments. They either let her in the car or she got in the car with the subjects. The Black lady told them she had to drop off two ounces of coke and $2,800 in cash. After she was in the car, they went in the other direction towards Discovery Park. David was vague but stated that he believed they took her to some apartments and she went in and out and his follow-up to that was, I don't know, or he displayed an uncertainty as to what exactly occurred at this apartment or whether it in fact did occur.

The three subjects felt that she had money and coke. John told David he was trying to get in good with her to "smooth a rap". John wanted to get the clothes off of her to see where this money could be hidden. David states that he doesn't know in what order or how this occurred but all three subjects stated that they had sex with her. En route to the park, the Black lady became desparate and started saying that she would do anything, don't hurt me and let me out. David states that the clothes from the victim supposedly ended up in the trunk and there was only $15.00 found by the suspects. The knife that the Black lady had then became the weapon used to kill her. David states he has seen the knife and it is a silver trim with a possible redwood handle.

David states that the female Black was lying in the bushes at Discovery Park and that comments were made to her that this is what you get for lying. The suspect John then took her knife and showed officer how he demonstrated cutting her. He then displayed to the officer the penetration on the throat on each side of the neck and a slicing motion as if to cut the throat open.

The suspects told David that during this time she was pleading stop, please stop and her voice sounded as if it was gurgling blood.
(CONTINUED)

| REPORTING OFFICER | BADGE | DIV | DATE | APPROVED BY | | | |
|---|---|---|---|---|---|---|---|
| Sgt. Jorgensen | 3015 | 31 | 8-17-88 | | | | |
| ASSISTING OFFICER | BADGE | DIV | TIME | BADGE | DATE | | TIME |
| | | | 1057 | | | | |

SPD 105A (REV 3-77)

Trans. by R. Rueb    8-17-88

SUPPLEMENTARY INVESTIGATION REPORT    PAGE 2 OF 4

| 1 ☐ CRIME REPORT SUPPLEMENT  4 ☐ MEMORANDUM | POLICE | SACRAMENTO POLICE DEPARTMENT | REPORT NUMBER |
| 2 ☐ INCIDENT REPORT SUPPLEMENT  5 ☐ OTHER: | | SUPPLEMENTARY INVESTIGATION REPORT | 88-37072 |
| 3 ☐ MOTOR VEHICLE REPORT SUPPLEMENT | | | |

| CRIME CODE SECTION OR TYPE OF INCIDENT | SOURCE | VICTIM OR COMPLAINANT | ☒ RECORDS ONLY |
| 187 | PC | | |

**ORIGINAL**

| LAST NAME, FIRST, MIDDLE (FIRM NAME IF CRIME AGAINST BUSINESS) | RESIDENCE PHONE | BUSINESS PHONE |
| ARMSTRONG, Renee | | |

| ADDRESS WHERE INCIDENT OCCURRED | DATE INCIDENT REPORTED |

**NARRATIVE SECTION**

CONTINUED
STATEMENT OF:        MAYMUNI, David M.
PAGE #3

One of the suspects then had a screwdriver from the vehicle and pushed this through the chest area a number of times attempting to pierce the heart. Richard then obtained a hammer and began smashing her in the head. John told Richard you're not doing it right and hard enough and took it away from him and started hitting her hard on the head. David states that they told of tying a plastic bag around her head to keep her from screaming and this was possibly a food and liquor bag from where they had obtained possibly a purchase of beer prior to this incident.

David states that Richard lives off Northgate Boulevard around Rio Tierra near the K-Mart. Memo supposedly threw the victim into the river. David states that when the subjects came home between 3:00 and 3:30 in the morning on the 11th, all were frantic and laughing but giggling at the same time and bragging about what they had done to the Black female. John was carrying the knife and then showed it to David. They were then worried about Memo leaving prints on the plastic bag that they had placed over the victim's head and they left for about 15 minutes to go retrieve the bag. They came back a short time later and stated they would take the risk, that the prints would probably wash off in the water.

David feels that the bloody clothes were placed into the laundry and possibly cleaned up in that manner.

Richard supposedly works with a guy by the name of Robert for a dry wall company.

The vehicle is described as a 1969 2-door Impala with an old faded yellow color and not in very good shape.

Robert is described as male Hispanic, dark complexion, short hair, 20 to 21 years of age, 5'9" to 5'10", 160 to 180 lbs. with a medium black mustache in a Fu Manchu style that comes down to the chin with some chin whiskers.

(CONTINUED)

| REPORTING OFFICER | BADGE | DIV | DATE | APPROVED BY | | | |
| Sgt. Jorgensen | 3015 | 31 | 8-17-88 | | | | |
| ASSISTING OFFICER | BADGE | DIV | TIME | BADGE | DATE | | TIME |
| | | | 1057 | 3068 | | | |

SPD 105A (REV 3-77)

Trans. by R. Rueb        8-17-88        SUPPLEMENTARY INVESTIGATION REPORT   PAGE 3 OF 4

| 1 ☐ CRIME REPORT SUPPLEMENT  2 ☐ INCIDENT REPORT SUPPLEMENT  3 ☐ MOTOR VEHICLE REPORT SUPPLEMENT  4 ☐ MEMORANDUM  5 ☐ OTHER: | POLICE | SACRAMENTO POLICE DEPARTMENT SUPPLEMENTARY INVESTIGATION REPORT | REPORT NUMBER 88-37072 |
|---|---|---|---|
| CRIME CODE SECTION OR TYPE OF INCIDENT  187 | SOURCE  PC | ☒ RECORDS ONLY VICTIM OR COMPLAINANT | |
| LAST NAME, FIRST, MIDDLE (FIRM NAME IF CRIME AGAINST BUSINESS)  ARMSTRONG, Renee | | RESIDENCE PHONE | BUSINESS PHONE |
| ADDRESS WHERE INCIDENT OCCURRED | | | DATE INCIDENT REPORTED |

**NARRATIVE SECTION**

CONTINUED
STATEMENT OF:    MAYMUNI, David M.
PAGE #4

Richard is described as a male Hispanic, 16 years old who looks older than his age and is about 5'8", 140 to 150 lbs. and has a similar type mustache to Robert's.

Memo is described as a male Hispanic, 5'4", 130 lbs., husky build with tattoos all over the arms, a baby face and probably around 23 years old. He speaks very broken English.

David states that these subjects do not necessarily hang around the La Cabana and John is suppose to be a member of a gang known as Airap where they have symbols of playing cards on their calling cards. He also described Richard as being a wanna be gang member.

The video and audio tapes will be booked as evidence.

INTERVIEW TERMINATED AT 1521 HOURS.

| REPORTING OFFICER  Sgt. Jorgensen | BADGE  3015 | DIV  31 | DATE  8-17-88 | APPROVED BY | | |
|---|---|---|---|---|---|---|
| ASSISTING OFFICER | BADGE | DIV | TIME  1057 | BADGE  3015 | DATE | TIME |
| SPD 105A (REV 3-77)  Trans. by R. Rueb | | | 8-17-88 | SUPPLEMENTARY INVESTIGATION REPORT | PAGE 4 OF 4 | |



OFFICE OF THE
## DISTRICT ATTORNEY
SACRAMENTO COUNTY

STEVE WHITE
District Attorney



88-37072

[X] RECORDS ONLY

TIMOTHY M. FRAWLEY
Chief Deputy

September 12, 1989

SACRAMENTO POLICE DEPARTMENT  
813 Sixth Street  
Sacramento, CA  95817

LAB NO:     A88-276  
VICTIM:     ARMSTRONG, RENEE  
SUBJECT:    CRUZ, RICHARD  
            MUZQUIZ, JOHN  
            GUILLERMO, GUTIERREZ  
OFFENSE:    187  
AGENCY NO:  88-37072

ATTENTION HOMICIDE DETAIL

RESULTS AND CONCLUSIONS

Item #25 consists of human blood enclosed in a bindle. The blood gave no ABO typing reaction, but was typable in the phosphoglucomutase system, as PGM 1-1+. Armstong is included in the approximately 16% of the population which produce PGM type 1-1+, and cannot be eliminated as a possible source of the blood in Item #25.

Item #26 consists of eleven sealed envelops, each containing sand mixed with blood. Three of the samples were selected for further testing. Each of the three blood samples were found to be human in origin, and gave reactions for type O of the ABO system, and PGM type 1-1+. Armstong is included in the approximately 8% of the black population who are ABO type O and PGM 1-1+, and cannot be eliminated as a possible source of the blood in the three samples.

Item #27 consists of a folding knife. The knife was examined for the presence of blood and none was detected.

PHYSICAL EVIDENCE LIST

On August 25, 1989, at 1355 hours, Evidence Clerk Marianne Wilcox received the following exhibits from District Attorney Investigator Frank Dale.

Two sealed manila envelops marked ▓▓▓▓▓▓▓▓▓▓ containing:

Item 28. Blood sample  
Item 29. Saliva sample

---

LABORATORY OF FORENSIC SERVICES  
4400 V Street · Sacramento, CA 95817-1496  
(916) 732-3840



Two sealed manila envelops marked ▇▇▇▇▇▇▇▇▇▇ containing:

Item 30. Blood sample
Item 31. Saliva sample

Two sealed manila envelops marked ▇▇▇▇▇▇▇▇▇▇ containing:

Item 32. Blood sample
Item 33. Saliva sample

DISPOSITIONS OF EVIDENCE

The above items will be retained in the laboratory until arrangements are made for their disposition.

ROBERT E. GARBUTT
LAB DIRECTOR


CHERYL REYNOLDS
CRIMINALIST

CR/mcn
cc: DDA Dick Gilmore

Case 4:21-cr-00328-YGR    Document 1690    Filed 11/19/24    Page 15 of 17



## OFFICE OF THE
## DISTRICT ATTORNEY
### SACRAMENTO COUNTY

STEVE WHITE
District Attorney

TIMOTHY M. FRAWLEY
Chief Deputy

[X] RECORDS ONLY

88-37072

September 6, 1989

SACRAMENTO POLICE DEPARTMENT
813 Sixth Street
Sacramento, CA  95817

LAB NO:     A88-276
VICTIM:     ARMSTRONG, RENEE
SUBJECT:    CRUZ, RICHARD
            MUZQUIZ, JOHN
            GUILLERMO, GUTIERREZ
OFFENSE:    187
AGENCY NO:  88-37072

ATTENTION HOMICIDE DETAIL

RESULTS AND CONCLUSIONS

Semen was detected on the vaginal, cervical, introital, rectal, and oral swabs from Armstrong, Items #2 through #6, and also on the rear seat of the Chevrolet Impala, California license #316ATC. Genetic marker typing was conducted on the above items and on reference samples from Armstrong, Muzquiz, Cruz, and Gutierrez with the following results:

| Source | ABO | Secretor | PGM |
|---|---|---|---|
| ▓ | O | + | 1-1+ |
| ▓ | O | + | 1-2- |
| ▓ | A | + | 1-2+ |
| ▓ | O | + | 1-2+ |

| Item | ABO A-I | ABO A-E | PGM |
|---|---|---|---|
| 2-vaginal swabs | NR | O | 1-1+ |
| 3-cervical swabs | O | O | 1-1+ |
| 4-introital swabs | NR | O | 1-1+ |
| 5-rectal swabs | NR | NR | NA |
| 6-oral swabs | NR | O | NA |
| 16-back seat area 1 | O | NR | NA |
| 16-back seat area 2 | NR | NR | NA |
| 16-back seat area 3 | O, ind A | NR | NA |
| 16-back seat area 4 | O | NR | NA |
| 16-back seat area 5 | O | NR | NA |

NR = no reaction     NA = no activity     ind = indications

Because Armstrong, a type O secretor, produces the same type ABO antigenic substance as detected on her swabs, and because the low levels of acid phosphatase activity found on the swabs indicate that the quantities of semen present are insufficient for reliable typing

---

LABORATORY OF FORENSIC SERVICES
4400 V Street · Sacramento, CA 95817-1496
(916) 732-3840

A88-276
09/06/89
page 2



of soluble antigenic substances, no information regarding the ABO type of the source of the semen can be derived from the swabs. No information regarding the PGM type of the source of the semen can be derived since the PGM type detected on the vaginal, cervical, and introital swabs is the same type as produced by Armstrong, and the assumption must be made that the activity on the swabs originated from her.

Five areas of seminal staining were found in adjacent creases in the back seat upholstery of the Chevrolet Impala. Each of the five areas was typed in the ABO and PGM systems. No PGM activity was detectable. ABO type O soluble antigenic substance was detected in four of the five areas. In area 3, indications of type A substance was detected in addition to O. If the seminal stains consist of a mixture of semen and vaginal secretions, then Armstrong, a type O secretor, cannot be eliminated as a possible contributor to the mixture. Type O secretors comprise approximately 36% of the black population, 35% of the white population, and have been reported in approximately 45% of the Hispanic/American Indian population.

PHYSICAL EVIDENCE LIST

On August 25, 1989, at 1355 hours, Evidence Clerk Marianne Wilcox received the following exhibits from District Attorney Investigator Frank Dale.

Two sealed manilla envelopes marked ▓▓▓▓▓▓▓▓▓▓ containing:

Item 28. Blood sample
Item 29. Saliva sample

Two sealed manilla envelopes marked ▓▓▓▓▓▓▓▓▓▓ containing:

Item 30. Blood sample
Item 31. Saliva sample

Two sealed manilla envelopes marked ▓▓▓▓▓▓▓▓▓▓ containing:

Item 32. Blood sample
Item 33. Saliva sample

88-37072

[X] RECORDS ONLY

DISPOSITIONS OF EVIDENCE

The above items will be retained in the laboratory until arrangements are made for their disposition.

ROBERT E. GARBUTT
LAB DIRECTOR

CHERYL REYNOLDS
CRIMINALIST

CR/mcn
cc: DDA Dick Gilmore