

NF CDCR-0016124

NF CDCR-0016124

DEFENSE EXHIBIT 762-10

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER