

**Bed Assignments** 1 - 120 of 120

| Date | Facility | Housing Area ID | Bed ID | Reason |
|---|---|---|---|---|
| 03/14/1987 | CMF-Facility A | A V 3 | 317001L | Unknown (conversion) |
| 03/17/1987 | CMF-Facility A | RNU30000 | 000344U | Unknown (conversion) |
| 03/20/1987 | CMF-Facility A | MIQ40000 | 000437U | Unknown (conversion) |
| 03/20/1987 | CMF-Facility A | RNU30000 | 000344U | Unknown (conversion) |
| 04/08/1987 | CCI-Facility D | MEIN0000 | 000010A | Unknown (conversion) |
| 04/08/1987 | CCI-Facility D | ME2AA400 | 000013A | Unknown (conversion) |
| 04/12/1987 | CCI-Facility D | MEIN0000 | 0000015 | Unknown (conversion) |
| 04/19/1987 | CCI-Facility D | MERHE 00 | 000003A | Unknown (conversion) |
| 05/20/1987 | CTF-Facility C | C XW 1 | 112001U | Unknown (conversion) |
| 05/21/1987 | SQ-Facility B | H 170000 | 000015A | Unknown (conversion) |
| 04/22/1988 | SQ-Facility A | N 1 0000 | 0000070 | Unknown (conversion) |
| 04/25/1988 | SQ-Facility A | N 5 0000 | 0000033 | Unknown (conversion) |
| 05/11/1988 | SQ-Facility A | N 5 0000 | 0000033 | Unknown (conversion) |
| 05/11/1988 | SQ-Facility B | H 180000 | 000003A | Unknown (conversion) |
| 05/17/1988 | CTF-Facility A | A LA B1 | 115001U | Unknown (conversion) |
| 05/18/1988 | CTF-Facility A | A LA B3 | 342001L | Unknown (conversion) |
| 05/20/1988 | CTF-Facility A | A LA B3 | 303001U | Unknown (conversion) |
| 05/27/1988 | CTF-Facility D | D 004 1 | 000052U | Unknown (conversion) |
| 05/27/1988 | CTF-Facility A | A LA B3 | 303001U | Unknown (conversion) |
| 07/26/1989 | SQ-Facility A | W 5 0000 | 000098T | Unknown (conversion) |
| 08/11/1989 | SQ-Facility A | A SB B5 | 028001L | Unknown (conversion) |
| 09/05/1989 | COR-Facility 03B | 03B005 2 | 207001L | Unknown (conversion) |
| 09/13/1989 | COR-Facility 03B | 03B001 2 | 229001L | Unknown (conversion) |
| 11/18/1989 | COR-Facility 03A | 03A005 2 | 208001L | Unknown (conversion) |
| 11/22/1989 | COR-Facility 03A | 03A005 2 | 215001U | Unknown (conversion) |
| 12/29/1989 | COR-Facility 03A | 03A005 2 | 214001U | Unknown (conversion) |
| 02/09/1990 | COR-Facility 03A | 03A005 2 | 248001U | Unknown (conversion) |
| 03/01/1990 | COR-Facility 03A | 03A005 1 | 135001U | Unknown (conversion) |
| 07/27/1990 | COR-Central Service | S FAM 1 | 013001L | Unknown (conversion) |
| 07/30/1990 | COR-Facility 03A | 03A005 1 | 135001U | Unknown (conversion) |
| 09/28/1990 | COR-Facility 03A | 03A003 2 | 238001L | Unknown (conversion) |
| 12/08/1990 | COR-Facility 03A | 03A003 2 | 248001U | Unknown (conversion) |
| 12/26/1990 | CTF-Facility C | C XW 1 | 110001U | Unknown (conversion) |
| 02/04/1991 | CTF-Facility C | C DW 2 | 214001L | Unknown (conversion) |
| 02/09/1991 | CTF-Facility C | C EW 2 | 221001U | Unknown (conversion) |
| 02/09/1991 | CTF-Facility C | C EW 2 | 221001L | Unknown (conversion) |
| 05/02/1991 | CTF-Facility C | CFOWT100 | 0000107 | Unknown (conversion) |

| CDC: ▮▮▮▮ | | Name: FRANCO, GEORGE RAUL | | | 18 of 37 |
|---|---|---|---|---|---|
| 05/10/1991 | CTF-Facility C | C OW 3 | 332001L | Unknown (conversion) | |
| 06/20/1991 | CTF-Facility C | C XW 3 | 320001U | Unknown (conversion) | |
| 06/21/1991 | CTF-Facility C | C DW 2 | 214001L | Unknown (conversion) | |
| 07/23/1991 | CTF-Facility C | C EW 2 | 223001L | Unknown (conversion) | |
| 11/22/1991 | CTF-Facility C | C OW 2 | 205001L | Unknown (conversion) | |
| 11/26/1991 | CTF-Facility C | C OW 2 | 241001L | Unknown (conversion) | |
| 12/20/1991 | CTF-Facility C | C OW 2 | 204001L | Unknown (conversion) | |
| 02/18/1992 | CIM-Facility B | RCZZ0000 | 0000155 | Unknown (conversion) | |
| 02/18/1992 | CIM-Facility B | RCPH0000 | 000236U | Unknown (conversion) | |
| 02/24/1992 | SAC-Central Service | FA8 0000 | 000223U | Unknown (conversion) | |
| 02/25/1992 | PBSP-Facility C | C 005 1 | 106001U | Unknown (conversion) | |
| 02/22/1993 | PBSP-Facility C | C 005 2 | 209001U | Unknown (conversion) | |
| 03/28/1994 | PBSP-Facility C | C 005 1 | 110001U | Unknown (conversion) | |
| 11/14/2001 | PBSP-Facility C | C 005 1 | 110001L | Unknown (conversion) | |
| 09/07/2005 | PBSP-Facility C | C 005 2 | 213001L | Unknown (conversion) | |
| 02/06/2006 | PBSP-Facility D | D 001 2 | 217001L | Unknown (conversion) | |
| 09/29/2011 | PBSP-STRH | Z 001 1 | 192001L | Unknown (conversion) | |
| 10/12/2011 | COR-STRH | Z 001F1 | 168001L | Unknown (conversion) | |
| 10/15/2011 | COR-STRH | Z 001F1 | 168001L | Conversion to SOMS Bed Code | |
| 10/26/2011 | PBSP-Facility D | D 004 2 | 217001L | Initial Assignment | |
| 05/18/2013 | PBSP-Facility D | D 004 1 | 123001U | Compaction | |
| 07/11/2013 | PBSP-STRH | Z 001 1 | 176001L | Compaction | |
| 08/03/2013 | SAC-STRH | Z 001F1 | 167001L | Administration Segregation | |
| 09/10/2013 | PBSP-STRH | Z 001 1 | 172001L | Initial Assignment | |
| 09/10/2013 | PBSP-Facility D | D 004 2 | 211001L | Initial Assignment | |
| 09/11/2013 | PBSP-Facility D | D 004 1 | 123001U | Compaction | |
| 01/16/2015 | PBSP-Facility D | D 004 1 | 123001U | Compaction | |
| 01/16/2015 | PBSP-Facility D | D 003 1 | 121001L | Convenience | |
| 03/26/2015 | PBSP-Facility D | D 002 1 | 116001U | Compaction | |
| 03/26/2015 | PBSP-Facility D | D 002 1 | 116001U | Compaction | |
| 10/02/2015 | PBSP-Facility D | D 002 1 | 116001L | Convenience | |
| 10/08/2015 | PBSP-STRH | Z 001 1 | 127001L | Custody Change | |
| 12/23/2015 | PBSP-STRH | Z 001 1 | 164001L | Compaction | |
| 03/23/2016 | SQ-Facility A | A AC 2 | 002001L | Administration Segregation | |
| 03/23/2016 | SQ-Facility A | A SB C4 | 037001L | Administration Segregation | |
| 03/24/2016 | COR-Facility 04B | 04BB4LA1 | 004001L | Initial Assignment | |
| 05/06/2016 | COR-Facility 04B | 04BB4LA2 | 019002L | Compaction | |
| 06/12/2016 | COR-Facility 04A | 04AA2LC1 | 041002L | Convenience | |
| 10/25/2016 | SAC-Facility B | B 004 2 | 024001L | Initial Assignment | |
| 10/26/2016 | PBSP-Facility B | B 001 2 | 211001L | Initial Assignment | |
| 01/12/2017 | PBSP-Facility B | B 001 2 | 212001U | Compaction | |
| 03/15/2017 | PBSP-Facility B | B 002 2 | 207001U | Bed move to GP based upon endorsement | |
| 03/24/2017 | SQ-Facility A | A SB C5 | 007001L | Initial Assignment | |
| 03/27/2017 | CCC-Facility C | C 005 2 | 204001L | Initial Assignment | |
| 03/30/2017 | CCC-Facility C | C 005 1 | 117001L | Compaction | |
| 05/28/2017 | CCC-Facility C | C 005 1 | 145001U | Convenience | |
| 08/07/2017 | CCC-Facility C | C 004 2 | 224001L | Administration Segregation | |
| 08/08/2017 | CCC-Facility C | C 004 1 | 117001L | Convenience | |
| 08/11/2017 | CCC-Facility C | C 004 1 | 150001L | Compaction | |
| 02/02/2018 | HDSP-Facility D | D 003 1 | 101001L | Initial Assignment | |
| 02/17/2018 | | | | | |

CDC: █████          Name: FRANCO, GEORGE RAUL                    19 of 37

| Date | Facility | Cell | Code | Reason |
|---|---|---|---|---|
|  | HDSP-Facility D | D 003 2 | 207001L | Convenience |
| 08/14/2018 | SQ-Facility A | A SB C2 | 005001L | Administration Segregation |
| 08/18/2018 | SQ-Facility A | A SB C3 | 017001L | Compaction |
| 09/05/2018 | HDSP-Facility D | D 001 2 | 215001L | Bed move to GP based upon endorsement |
| 09/06/2018 | HDSP-Facility D | D 003 2 | 207001L | Convenience |
| 11/05/2018 | HDSP-Central Service | S FAM 1 | 001001L | Family Visit |
| 11/08/2018 | HDSP-Facility D | D 003 2 | 207001L | Family Visit |
| 01/18/2019 | HDSP-Central Service | S FAM 1 | 002001L | Family Visit |
| 01/20/2019 | HDSP-Facility D | D 003 2 | 207001L | Family Visit |
| 03/15/2019 | HDSP-Central Service | S FAM 1 | 001001L | Family Visit |
| 03/17/2019 | HDSP-Facility D | D 003 2 | 207001L | Family Visit |
| 04/29/2019 | HDSP-Facility D | D 003 2 | 205001L | Compaction |
| 05/05/2019 | HDSP-Facility D | D 003 2 | 207001L | Compaction |
| 05/10/2019 | HDSP-Central Service | S FAM 1 | 003001L | Family Visit |
| 05/12/2019 | HDSP-Facility D | D 003 2 | 207001L | Family Visit |
| 05/19/2019 | HDSP-Facility D | D 003 2 | 205001L | Compaction |
| 07/05/2019 | HDSP-Central Service | S FAM 1 | 003001L | Family Visit |
| 07/07/2019 | HDSP-Facility D | D 003 2 | 205001L | Family Visit |
| 09/12/2019 | DVI-Facility A | A D 2 | 039001L | Initial Assignment |
| 09/22/2019 | DVI-Facility A | A D 3 | 015001L | Convenience |
| 11/20/2019 | DVI-Facility A | A D 3 | 015001L | Convenience |
| 11/20/2019 | DVI-Central Service | S FAM 1 | 002001L | Family Visit |
| 01/08/2020 | DVI-Central Service | S FAM 1 | 003001L | Family Visit |
| 01/08/2020 | DVI-Facility A | A D 3 | 015001L | Convenience |
| 02/22/2020 | DVI-Central Service | S FAM 1 | 001001L | Family Visit |
| 02/24/2020 | DVI-Facility A | A D 3 | 015001L | Convenience |
| 10/22/2020 | DVI-Facility A | A G 2 | 043001L | Compaction |
| 10/22/2020 | DVI-Facility A | A G 2 | 023001L | Medical Reason |
| 11/06/2020 | DVI-Facility A | A D 3 | 015001L | Medical Reason |
| 05/10/2021 | DVI-Facility A | A J 3 | 019001L | Compaction |
| 05/24/2021 | PVSP-Facility D | D 005 1 | 135001U | Initial Assignment |
| 06/07/2021 | PVSP-Facility B | B 005 1 | 127001L | Compaction |
| 06/07/2021 | PVSP-Facility B | B 005 2 | 220001L | Compaction |

